UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Ex. Parte Application of<br><br>APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; AND APPLE RETAIL GERMAN B.V. & CO. KG<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Atlantic IP Services, LLC for Use in Foreign Proceedings | Case No. 7:23-mc-00436 |

**NOTICE OF WITHDRAWAL AND (PROPOSED) ORDER**

Applicants Apple Inc., Apple Distribution International, and Apple Retail Germany & Co. KG (collectively, "Apple") hereby withdraw their *ex parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Atlantic IP Services, LLC for Use in Foreign Proceedings, and respectfully request that the Clerk of Court be directed to terminate Apple's pending Application and close the case.

DATED: November 21, 2023

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:  /s/ *Nora Q.E. Passamaneck*
NORA Q.E. PASSAMANECK
(Registration No. 4262028)
1225 Seventeenth St., Suite 2600
Denver, CO. 80202
Tel: (720) 274-3135
Fax: (720) 274-3135
Nora.Passamaneck@wilmerhale.com

*Attorney for Applicants*
Apple Inc., Apple Distribution International, and Apple Retail Germany & Co. KG

SO ORDERED.

*Cathy Seibel*    11/21/23
CATHY SEIBEL, U.S.D.J.